UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIRAS GHOSTON,                                    No.  2:26-cv-0975 AC P

          Plaintiff,

    v.

E. GARCIA, et al.,                                  ORDER

          Defendants.

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  ECF Nos. 1, 2.  In his complaint, plaintiff alleges violations of his civil rights by four defendants while plaintiff was incarcerated at California State Prison Corcoran.  Id. at 1-2.  The alleged violations therefore took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

2.  This action is transferred to the United States District Court for the Eastern District of

1

California sitting in Fresno; and

3.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: March 25, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE